No. 75–6197.  JOHNSON v. HY-DYNAMIC CO., INC. C. A. 3d Cir.  Certiorari denied. ▮

No. 75–527.  ARNETT, DIRECTOR, DEPARTMENT OF FISH AND GAME OF CALIFORNIA v. FIVE GILL NETS ET AL.  Ct. App. Cal., 1st App. Dist.  Motion of respondent Mattz for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 75–905.  SENAK v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. ▮

No. 75–1067.  REGENCY ELECTRONICS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. ▮

No. 75–1127.  E. J. DELANEY CORP. ET AL. v. BONNE BELL, INC., ET AL.  C. A. 10th Cir.  Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari. ▮

No. 75–1144.  HANSEN, RECEIVER v. WEYERHAEUSER CO.  C. A. 9th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ▮

No. 75–6229.  MOSS v. CENTRAL OF GEORGIA RAILROAD CO.  Ct. App. Ga.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition. ▮